# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
RAMAPO VALLEY AMBULANCE CORPS, INC. et al.,

                        Plaintiffs,

    -against-                                            22 **CIVIL** 4047 (PMH)

                                                          **<u>JUDGMENT</u>**

TOWN OF RAMAPO and TOWN OF RAMAPO TOWN BOARD,

                        Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2023, RVAC's third claim for relief is dismissed. Defendants' motion to dismiss is GRANTED. The first, second, fourth and fifth claims for relief are dismissed with prejudice. The Court has declined to exercise jurisdiction over the third claim for relief and dismisses same without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       December 28, 2023

                                                         **RUBY J. KRAJICK**
                                                            **Clerk of Court**

                               **BY:**      *K. Mango*

                                                            **Deputy Clerk**